IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:19-CV-217-**FL**

| | |
|---|---|
| PRECISION METALS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER GRANTING MOTION TO STAY** |
| ) | |
| MILLENNIUM HOME DESIGN, LLC, ) | |
| and TODD MACY, ) | |
| ) | |
| Defendants ) | |

## ORDER GRANTING MOTION TO STAY

THIS MATTER comes before the Court upon Defendants' Motion to Stay. The Court finds that good cause exists to grant this Motion.

IT IS THEREFORE ORDERED that all deadlines in the above-captioned matter are hereby stayed. This stay shall continue for sixty (60) days from the date of this Court's Order on the pending Motion to Withdraw Appearance.

This the 31st day of December, 20 19.

_____
Judge, Eastern District of North Carolina

1052785.1