IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:19-CV-00217-FL

| | |
|---|---|
| **PRECISION METALS, LLC**<br>      *Plaintiff,*<br>**v.**<br><br>**MILLENNIUM HOME DESIGN, LLC**<br>**and TODD MACY,**<br>      *Defendants.* | **JUDGMENT** |

THIS MATTER COMES before the Court upon Plaintiff's motion pursuant to Rule 55(b) of the Federal Rules of Civil Procedure for Entry Default Judgment against Defendants, Millennium Home Design, LLC and Todd Macy (hereinafter "Defendants").

Defendants were properly served with a Summons and Complaint in the instant action in the Superior Court of North Carolina and removed same to this Court on 24 May 2019. Defendants were subsequently served with an Amended Complaint on 28 June 2019 that was verified on 10 August 2020. Defendants' Answer, filed on 12 July 2019 was stricken by Order of the Court on 18 June 2020.

Accordingly, pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, it is hereby;

ADJUDGED and DECREE that plaintiff, Precision Metals, LLC, recover from the defendants, jointly and severally, **two hundred and nineteen thousand three hundred and forty-four dollars and nineteen cents ($219,344.19)**, the amount claimed plus interest at a rate of one and one-half percent (1½%) from dates as specified in the Affidavit of Stephen J. Burns until the date of Judgment and costs of court in the amount of **two hundred dollars ($200.00)** as well as treble damages pursuant to N.C. Gen. Stat. 75-1.1 et seq. in the amount of **four hundred and thirty-eight thousand six hundred and eighty-eight dollars an thirty-eight cents ($438,688.38)**, and attorneys' fees pursuant to N.C. Gen. Stat. 75-1.1 et seq. in the amount of **thirty-one thousand and fifty-one dollars and seventy-five cents ($31,051.75)** and that plaintiff have execution therefore.

Louise Wood Flanagan
United States District Court

JUDGMENT ENTERED THIS ___24th___ DAY OF ___August___, 2020.